UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                    CASE NO.  09-10208-MAM-13
    DONNIE L. BASWELL

        DEBTOR

### TRUSTEE'S MOTION TO DISMISS

JOHN C. MCALEER III, TRUSTEE, Trustee in this Chapter 13 proceeding, respectfully reports the Debtor has failed to comply with the Court's Order requiring regular monthly payments to the Trustee. The Debtor should have paid $4,155.80.  The Debtor has paid $1,736.28 to date causing a delinquency of $2,419.52 or 4 months.

For the plan to be completed within the confirmed period of time, payments will need to be increased to $654.00 per month.

WHEREFORE, the undersigned moves for an order dismissing the proceedings with a 90 day injunction, or in the alternative, the Debtor will sign the attached consent form, make a payment in the amount stated on the consent form and return to the Trustee within 20 (twenty) days from the date of this motion.

DATED:  September 14, 2009                         /s/  JOHN C. MCALEER III, TRUSTEE
                                                  _____
                                                  JOHN C. MCALEER III, TRUSTEE
                                                  CHAPTER 13 TRUSTEE

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 20 (twenty) days of service of this motion.   If an objection or consent order is not filed within the time permitted, the Court will assume that you do not oppose the granting of the motion, will consider the motion without a hearing, or may grant the relief requested in this motion.   If the attached consent order and payment is returned timely, no hearing will be held.   If an objection to this motion is timely filed, this Court will hold a hearing in Courtroom 2, 201 St. Louis Street, Mobile, AL  36602 on 10/21/2009 at 10:30 am.

---

### CERTIFICATE OF SERVICE

I certify that on September 14, 2009, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

UNITED STATES BANKRUPTCY CLERK

DONNIE L. BASWELL                         JAMES A. JOHNSON
488 RURAL RD.                             21 N. FLORIDA ST
THOMASVILLE, AL  36784                    MOBILE, AL  36607


                                                  /s/  JOHN C. MCALEER III, TRUSTEE
                                                  _____
                                                  JOHN C. MCALEER III, TRUSTEE
                                                  CHAPTER 13 TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                    CASE NO.  09-10208-MAM-13
     DONNIE L. BASWELL

     DEBTOR

**CONSENT TO TRUSTEE'S MOTION TO DISMISS**

The Debtor in the referenced proceeding consent to the following action being taken as a result of the Motion to Dismiss filed by JOHN C. MCALEER III, TRUSTEE, the Chapter 13 Trustee ("Trustee"), which is based upon the failure of the Debtor to make full, regular, and timely Chapter 13 plan payments as required by the Bankruptcy Code and as agreed to by the Debtor:

(  )   The Debtor will begin making the increased payment of $654.00 per month, immediately as stated in the Motion to Dismiss by the Trustee.  The Debtor shall continue to make all plan payments as agreed.  A PAYMENT MUST ACCOMPANY THIS CONSENT ORDER AND BE SENT TO THE ADDRESS BELOW.

(  )   The Trustee shall issue a payroll deduction order to the employer of the Debtor(s) at:

_____

(  )   The case shall be converted to one under Chapter 7 at the request of the Debtor within thirty (30) days of the date of this Consent Order or the case will automatically be dismissed.

(  )   The case shall be dismissed with a 90 day injunction.

**The Trustee shall notify the Court of any future default and the case shall be dismissed with the requested injunction period without further notice and/or hearing.**

_____          _____
DONNIE L. BASWELL


      OR

_____
JAMES A. JOHNSON



/s/ JOHN C. MCALEER III, TRUSTEE
_____
JOHN C. MCALEER, III
CHAPTER 13 TRUSTEE
P.O. BOX 1779
MEMPHIS TN 38101-1779

| ORDER |
| --- |
| (  )   GRANTED |
| (  )   CONDITIONALLY DENIED PER ABOVE |
| DATED:  \_\_\_\_\_ /\_\_\_\_\_ /_____ |
| _____ |
| U.S. BANKRUPTCY JUDGE |